# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BRUMFIELD,<br><br>    Petitioner,<br><br>  v.<br><br>ANTHONY HEDGPETH, Warden,<br><br>    Respondent. | Case No. CV 09-0108-MMM (JEM)<br><br>**JUDGMENT** |

  In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: September 23, 2012

                     /s/ Margaret M. Morrow
                     MARGARET M. MORROW
                     UNITED STATES DISTRICT JUDGE